# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH J. BOHUSLAVSKY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DOUGLAS W. HALL,<br><br>　　　　　　　Defendant. | **4:23CV3095**<br><br><br>**SHOW CAUSE ORDER** |

　　　This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

　　　The complaint was filed on May 22, 2023 (Filing No. 1). Plaintiff filed a proof of service claiming service on Defendant on June 29, 2023. (Filing No. 5). No answer or other responsive pleading has been filed. Plaintiff has a duty to prosecute the case and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

　　　Accordingly,

　　　IT IS ORDERED that Plaintiff shall have until September 13, 2023 to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 23rd day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge