IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH J. BOHUSLAVSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS W. HALL,<br><br>    Defendant. | 4:23CV3095<br><br>ORDER |

IT IS ORDERED,

1) The parties' stipulation to submit the case to binding arbitration is approved. (Filing No. 9).

2) This case is stayed pending arbitration.

3) Beginning December 19, 2023, Defendant shall file a report on this court's docket which explains the current status of the pending arbitration. Defendant shall file a similar report every 90 days thereafter until the arbitration is complete.

4) The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes and set an internal case management deadline of December 19, 2023.

Dated this 19th day of September, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge